
# CORONA
### Construction & Remodel, Inc.
*"We Do It All"*
FRAME • CONCRETE • CERAMIC • DRYWALL • ROOFING

Pablo Corona, Owner
Cell: 228-313-6900


The university Apt          Date 8/3/12

**ESTIMATE**

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Building 7 unit 705 Floor Repair | | 300.00 |
| | Materials | | 124.30 |
| | | SALES TAX | |
| | | TOTAL | 424.30 |

x_____

**EXHIBIT 2**

CORONA-SEAHORN 000046

EXHIBIT CC


# CORONA
## Construction & Remodel, Inc.


*"We Do It All"*

FRAME • CONCRETE • CERAMIC • DRYWALL • ROOFING

Pablo Corona, Owner  
Cell: 228-313-6900

512 Spanish Acres  
Bay St. Louis, MS 39520

THE WAVERLY APT

Date 7/27/12

**INVOICE**

| QTY. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Floor Repair — Building 16 unit 1605 | | 450.00 |
| | Ceramic tile Repairs Building 10 unit 1005 | | 180.00 |
| | | SALES TAX | |
| | X_____ | TOTAL | 630.00 |

**CORONA-SEAHORN 000050**


# CORONA
### Construction & Remodel, Inc.
*"We Do It All"*
FRAME • CONCRETE • CERAMIC • DRYWALL • ROOFING

Pablo Corona, Owner  
Cell: 228-313-6900

512 Spanish Acres  
Bay St. Louis, MS 39520



The Waverly Apt       Date 7/13/12

**INVOICE**

| QTY. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 4 | work orders | 60 00 | 240 00 |
| 1 | 1005 ~~Apt~~ Floor Repair |  | 220 00 |
|  | Materials |  | 53 54 |
|  |  | SALES TAX |  |
| x_____ | | TOTAL | 513 54 |

**CORONA-SEAHORN 000052**

# CORONA
## Construction & Remodel, Inc.
### "We Do It All"
FRAME • CONCRETE • CERAMIC • DRYWALL • ROOFING

Pablo Corona, Owner
Cell: 228-313-6900

512 Spanish Acres
Bay St. Louis, MS 39520




The Waverly Pol

Date 7/6/12

**INVOICE**

| QTY. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | 507, 206 Floor Repairs | | 700 00 |
| | Gym Room trim, Paint, Drywall, Floors | | 600 00 |
| | | SALES TAX | |
| x_____ | | TOTAL | 1,300 00 |

CORONA-SEAHORN 000054




# CORONA
## Construction & Remodel, Inc.
*"We Do It All"*

FRAME • CONCRETE • CERAMIC • DRYWALL • ROOFING

Pablo Corona, Owner
Cell: 228-313-6900

512 Spanish Acres
Bay St. Louis, MS 39520

Waverly

Date 6/8/12

**INVOICE**

| QTY. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | Timite treatment Building #13 |  | 650.00 |
|  | Floor Jois Repair Building #6 unit 605 |  | 450.00 |
|  |  | SALES TAX |  |
|  |  | TOTAL |  |

X_____

CORONA-SEAHORN 000064


# CORONA
## Construction & Remodel, Inc.


*"We Do It All"*

FRAME • CONCRETE • CERAMIC • DRYWALL • ROOFING

Pablo Corona, Owner　　　512 Spanish Acres
Cell: 228-313-6900　　　Bay St. Louis, MS 39520

Waverly　　　　　　　　　　Date 6/1/12

## INVOICE

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Floor Jois Repair | | |
| | Building #3 unit 306 | | |
| | Materials | | 122 72 |
| | | SALES TAX | |
| | | TOTAL | 122 72 |

CORONA-SEAHORN 000066

# CORONA
## Construction & Remodel, Inc.
*"We Do It All"*

FRAME • CONCRETE • CERAMIC • DRYWALL • ROOFING

Pablo Corona, Owner  
Cell: 228-313-6900  
512 Spanish Acres  
Bay St. Louis, MS 39520




Waverly

Date 5/4/2

**INVOICE**

| QTY. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 64 | hrs | 15 00 | 960 00 |
|  | Add A Beam BLD 11 | 280 | 280 00 |
|  | Repair Floor Jois BLD 10 unit 1005 |  | 450 00 |
|  |  | SALES TAX |  |
| X |  | TOTAL | 1690 00 |

CORONA-SEAHORN 000072

# CORONA
## Construction & Remodel, Inc.
### "We Do It All"
FRAME • CONCRETE • CERAMIC • DRYWALL • ROOFING

Pablo Corona, Owner  
Cell: 228-313-6900

512 Spanish Acres  
Bay St. Louis, MS 39520




The Waverly

Date _____

**INVOICE**

| QTY. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Floor Jois Repair Labor | 550.00 | 550.00 |
| 1 | termites treatment | | 650.00 |
| | Monthly service Fee | | 300.00 |
| | | SALES TAX | |
| | | TOTAL | 1500.00 |

X_____

CORONA-SEAHORN 000074




# CORONA
## Construction & Remodel, Inc.
### "We Do It All"
FRAME • CONCRETE • CERAMIC • DRYWALL • ROOFING

Pablo Corona, Owner  
Cell: 228-313-6900

512 Spanish Acres  
Bay St. Louis, MS 39520

Waverly Apt

Date 4/20/12

## INVOICE

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 59 | hrs | 15 | 885.00 |
| 1 | French Drain | | 260.00 |
| 1 | 1106 Floor Leveling | | 550.00 |
| | | SALES TAX | |
| x | | TOTAL | 1695.00 |

**CORONA-SEAHORN 000076**




# CORONA
## Construction & Remodel, Inc.
### "We Do It All"
FRAME • CONCRETE • CERAMIC • DRYWALL • ROOFING

Pablo Corona, Owner  
Cell: 228-313-6900  

512 Spanish Acres  
Bay St. Louis, MS 39520

Waverly

Date 3/29/12

**INVOICE**

| QTY. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 71 | hrs | 15.00 | 1,065.00 |
|  | Building 16 — Floor Joist Repair |  | 510.00 |
| 3 | French drain | 150.00 | 450.00 |
|  |  | SALES TAX |  |
| X |  | TOTAL | 2025.00 |

**CORONA-SEAHORN 000080**

# CORONA
## Construction & Remodel, Inc.
### "We Do It All"
FRAME • CONCRETE • CERAMIC • DRYWALL • ROOFING




Pablo Corona, Owner  
Cell: 228-313-6900

512 Spanish Acres  
Bay St. Louis, MS 39520

Waverly Apt

Date 3/16/12

**INVOICE**

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1000 | Metal Plates for Repair Floor Jois | | 440.00 |
| | Ligting around Pool | | 840.44 |
| | Pd 3/16/12 Check 2227 | | |
| | | SALES TAX | |
| X_____ | | TOTAL | 1280.00 |

CORONA-SEAHORN 000084